## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| RUTH VEGA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-01154-SLD-JEH |
| | ) | |
| v. | ) | Hon. Sara Darrow |
| | ) | |
| TORRES CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, RUTH VEGA, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, TORRES CREDIT SERVICES, INC., with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: 6/10/2015                                              By: /s/ David B. Levin
                                                                    Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
79 West Monroe Street, 5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that, on June 102015, a copy of the foregoing Notice of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                 /s/ David B. Levin
                 Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
79 West Monroe Street, 5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com